United States District Court
Southern District of Texas
**ENTERED**
December 20, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

No. 3:23-0371

TOMMY LEE WASHINGTON, JR., #55152, PLAINTIFF,

v.

EDWARD P. SOUTHERN, DEFENDANT.

## ORDER OF DISMISSAL

JEFFREY VINCENT BROWN, UNITED STATES DISTRICT JUDGE:

Tommy Lee Washington, Jr., an inmate in the Gregg County Detention Center, filed this civil-rights suit against Edward P. Southern, an orthopedic surgeon. On November 14, 2023, the Clerk issued a notice of deficient pleading instructing Washington that, within 30 days, he was required to either pay the $402 filing fee or provide an application for leave to proceed *in forma pauperis* and a certified copy of his inmate trust-fund account statement. Dkt. 6. The Clerk supplied him with a form motion. Washington's deadline for compliance was December 14, 2023.

To date, Washington has not complied with the notice. Additionally, the Clerk's notice and a previous mailing were returned to the court as undeliverable.

Dkt. 7; Dkt. 8. Washington has not provided the court with an updated address as required by Rule 83.4 of the Local Rules for the Southern District of Texas.

Under the inherent powers necessarily vested in a district court to manage its own affairs, the court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Gates v. Strain*, 885 F.3d 874 (5th Cir. 2018); *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440–41 (5th Cir. 2016) (a district court may dismiss an action *sua sponte* for failure to prosecute an action or to comply with court orders). However, relief from this order may be granted if the plaintiff makes a proper showing under Rule 60(b) of the Federal Rules of Civil Procedure. At a minimum, a proper showing includes compliance with all of the court's previous instructions.

The court orders that this case is **DISMISSED without prejudice**. All pending motions, if any, are denied as moot.

The Clerk will provide a copy of this order to the parties.

Signed on Galveston Island this  20th  day of   December          , 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

2/2